UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEM T. NGUYEN,<br><br>   Plaintiff,<br><br>vs.<br><br>SUMMERGREEN HOMEOWNERS ASSOC., et al.,<br><br>   Defendants. | CASE NO. SACV 13-121-UA<br><br>ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

The Court will remand this action to state court summarily because Defendant removed it improperly.

On January 24, 2013, Plaintiff lodged a Notice of Removal of this action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed, in that a plaintiff is not permitted to remove an action to federal court and any removal is untimely. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

//

//

//

//

1  Plaintiff is further notified and warned that any further attempts to remove this
2  action to this Court will be improper and will constitute vexatious conduct that the Court will
3  address by way of punitive remedial measures, which may include having Defendants designated
4  vexatious litigants.
5  Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
6  California Court of Appeal, Fourth Appellate District, Division Three; (2) that the Clerk send a
7  certified copy of this Order to the state appellate court; and (3) that the Clerk serve copies of this
8  Order on the parties.
9  IT IS SO ORDERED.
10  DATED: 2/6/13

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE